**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RUSSELL HOLT

    Plaintiff,

vs.                                                            CASE NO.:  06-357

GEORGETOWN PARK ASSOCIATES II LIMITED PARTNERSHIP
D/b/a THE SHOPS AT GEORGETOWN PARK

    Defendant.

_____/


**CERTIFICATE REQUIRED BY 7.1 OF THE LOCAL RULES OF THE**
**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Russell Holt, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiff, which may have any outstanding securities in the hands of the public:

**LIST:**       None

This representation is made in order that judges of this Court may determine the need for recusal.

   /s/Joel R. Zuckerman                              March 7, 2005
Joel R. Zuckerman, Esquire                         Date
District of Columbia Attorney No.: 480152
Schwartz Zweben & Slingbaum, LLP
51 Monroe Street, Suite 812
Rockville, MD 20850
Telephone:  (301) 294-6868
Facsimile:   (301) 294-6480