**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RUSSELL HOLT

     Plaintiff,

vs.                                                                 CASE NO.:  06-357

GEORGETOWN PARK ASSOCIATES II LIMITED PARTNERSHIP
D/b/a THE SHOPS AT GEORGETOWN PARK

     Defendant.

——————————————————————/


**UNOPPOSED MOTION TO CONTINUE**
**INITIAL SCHEDULING CONFERENCE**

Comes now the Plaintiff, by and through his undersigned counsel, and hereby files this Unopposed Motion to Continue the Initial Scheduling Conference presently scheduled for Wednesday May, 3, 2006 at 9:00 a.m. and as grounds therefore, states:

1.      On April 12, 2006, this Honorable Court scheduled an Initial Scheduling Conference for Wednesday May 3, 2006 at 9:00 a.m.

2.      Counsel for the Plaintiff has a previously scheduled trial in the Fairfax County General District Court in the matter of <u>Palace Laundry t/a Linens of the Week v.</u> <u>Mediterranean Breeze, L.L.C.</u>, Case No.:  GV – 05034595-00 at 9:30 a.m. on that same date.  This hearing was scheduled on March 21, 2006.  Plaintiff's counsel is therefore unavailable to appear in Court at the Initial Scheduling Conference.

3.      Furthermore, in the matter before this Court, the parties met at the property to explore viable settlement options on Thursday, April 20, 2006.  As a result of

this meeting, the Plaintiff will forward to Defendant a comprehensive settlement proposal to consider in the next few days.

4.    Counsel for the Plaintiff certifies that he has consulted with counsel for the Defendant, Paul Monsees, Esq. who has advised that he does not object to the relief requested herein.

WHEREFORE, the premises considered, the parties request that the Meet and Confer Status Conference presently scheduled for Wednesday, May 3, 2006 at 9:00 a.m. be continued and rescheduled at later date.

Dated this 27th day of April, 2006.

/s/  Joel R. Zuckerman
Joel R. Zuckerman, Esquire
D.C. No. 480152
Schwartz Zweben & Slingbaum, LLP
51 Monroe Street, Suite 812
Rockville, Maryland 20850
Telephone:    (301) 294-6868
Facsimile:    (301) 294-6480
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent via this Court's electronic filing system, this  27th   , day of April, 2006 to counsel for the Defendant, Paul Monsees.

/s/  Joel R. Zuckerman
Joel R. Zuckerman, Esquire