UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                        CASE NO.:  06-357

GEORGETOWN PARK ASSOCIATES II LIMITED PARTNERSHIP
D/b/a THE SHOPS AT GEORGETOWN PARK

    Defendant.
_____/

**ORDER**

UPON CONSIDERATION of the Plaintiff's Unopposed Motion to Continue the Initial Scheduling Conference presently scheduled for Wednesday, May 3, 2006 at 9:00 a.m., it is, by the United States District Court for the District of Columbia, hereby,

ORDERED, that the Initial Scheduling Conference is hereby continued and that it shall be re-set by the Clerk at a later date.

                                                  John D. Bates, Judge
                                                  United States District Court

Copies to:

Joel R. Zuckerman, Esq.
Paul Monsees, Esq.