## **EXHIBIT "A" – PROPOSED SCHEDULING ORDER**

| | |
|---|---|
| 6/30/06 | Joinder of parties and amendment of pleadings. |
| 7/1/06 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial.  The parties shall supplement this list as any new witnesses are discovered during the course of discovery. |
| 9/1/06 | Plaintiff shall provide expert witness summaries and reports to Defendant. |
| 10/1/06 | Defendant shall provide expert witness summaries and reports to Plaintiff. |
| 11/15/06 | Parties exchange rebuttal expert witness summaries and reports. |
| 1/31/07 | All discovery, including expert discovery, shall be completed. |
| 3/1/07 | All dispositive motions must be filed. |