UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RUSSELL HOLT,<br><br>     Plaintiff,<br><br>v.<br><br>GEORGETOWN PARK<br>ASSOCIATES II LIMITED P'SHIP,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-0357 (JDB)<br>)<br>)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held with the Court on May 25, 2006, and the Joint Rule 16.3 Report previously submitted by the parties, it is hereby **ORDERED** as follows:

1. All amended pleadings and joinder of additional parties shall be submitted by not later than October 31, 2006.

2. Plaintiffs shall designate their expert witnesses by not later than September 1, 2006, and defendant shall designate its expert witnesses by not later than October 2, 2006. The parties shall make all required disclosures pursuant to the requirements of Fed. R. Civ. P. 26(a)(2) in accordance with their respective deadlines. Rebuttal experts shall be designated by not later than November 15, 2006, and all Fed. R. Civ. P. 26(a)(2) disclosures with respect to those experts

1

shall be completed by that date.  The parties shall make their experts available for deposition within thirty (30) days of the designations and disclosures pertaining to those experts.

3. All discovery shall be completed by not later than January 31, 2007.

4. Dispositive motions shall be filed by not later than March 1, 2007, with oppositions due by not later than March 15, 2007, and any replies due by not later than March 27, 2007.

5. The parties shall appear for a status conference on September 12, 2006 at 9:00 a.m.

6. As to all other discovery issues not addressed in this Scheduling Order, the parties must comply with the limitations and requirements of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

/s/      John D. Bates
John D. Bates
United States District Judge

Dated:    May 26, 2006

*Copies to*:

Joel Robert Zuckerman
MAXWELL & BARKE, LLC.
51 Monroe St., Suite 806
Rockville, MD 20850
(301) 309-8300
Fax: (301) 309-8303
Email: joelz@maxwellbarke.com
      *Counsel for plaintiff*

Paul R. Monsees
FOLEY & LARDNER
3000 K Street, NW
Suite 500
Washington, DC 20007-5109
(202) 672-5300
Fax: (202) 672-5399
Email: pmonsees@foley.com
    *Counsel for defendant*