## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

     Plaintiff,

vs.                                                    CASE NO.: 06-357

GEORGETOWN PARK ASSOCIATES II LIMITED PARTNERSHIP
D/b/a THE SHOPS AT GEORGETOWN PARK

     Defendant.

_____/

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6, Joel R. Zuckerman, Esq., hereby files this Notice of

Withdrawal of Appearance as attorney of record for the Plaintiff, Russell Holt.


Date:  May 24, 2006

_____
Russell Holt, Plaintiff

                                _____/s/_____

                                Joel R. Zuckerman, Esq. 480152
                                Maxwell & Barke LLC
                                51 Monroe St., Suite 806
                                Rockville, Maryland 20850
                                Telephone: (301)309-8300
                                Facsimile: (301)309-8303
                                e-mail: email@maxlaw.us

### CERTIFICATE OF SERVICE

     I hereby certify that on this _31_ day of May, 2006, a copy of the foregoing
was sent via this Court's ECF Case Management System to counsel for the Defendant,
Paul Monsees, Esq.


                                _____/s/_____
                                Joel R. Zuckerman