UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                                                       CASE NO.: 06-357

GEORGETOWN PARK ASSOCIATES II
LIMITED PARTNERSHIP
d/b/a THE SHOPS AT GEORGETOWN PARK

    Defendant.
_____/

## NOTICE OF APPEARANCE

The undersigned attorney files this Notice of Appearance in the above-styled cause for the Plaintiff, RUSSELL HOLT, and requests the Clerk of Court and all other parties to direct all correspondence to Gene R. Zweben, Esq., Schwartz, Zweben & Slingbaum, LLP, 205 SW Winnachee Drive, Stuart, Florida 34494-7105.

    /s/ Gene R. Zweben
    GENE R. ZWEBEN, ESQ.
    Florida Bar No. 0088919
    Attorneys for Plaintiff
    Schwartz, Zweben & Slingbaum, LLP
    205 SW Winnachee Drive
    Stuart, Florida 34994-7105
    Telephone:  (772) 223-5454
    Fax:              (772) 463-0778

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice was served upon all other parties who have appeared by Notice of Electronic Filing on this 1st day of June 2006.

/s/ Gene R. Zweben
Gene R. Zweben, Esq.