UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                            CASE NO.:  06-357

GEORGETOWN PARK ASSOCIATES II
LIMITED PARTNERSHIP d/b/a THE SHOPS
AT GEORGETOWN PARK

    Defendant.
_____/

**<u>JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES</u>**

COMES NOW, the parties, by and through the undersigned attorneys and hereby respectfully requests that the Court extend both parties' expert disclosure deadlines by 45 days and in support thereof states:

1.    This is an action by the Plaintiff against the Defendant for alleged violations of the Plaintiff's civil rights due to barriers to access present at the Defendant's property in violation of the Americans with Disabilities Act.

2.    The parties have been diligently attempting to negotiate a settlement in this matter.  Specifically, the Plaintiffs have inspected the property with their expert and have provided a proposed settlement agreement to the Defendant.

3.    The Defendant is in the process of evaluating the proposed agreement and speaking with their experts regarding the work proposed.

4.    The parties believe that they are making progress toward settlement, however, Plaintiff's expert disclosures are due on September 1, 2006 and the Defendant's expert disclosures are due on October 1, 2006.

5. The parties would like the opportunity to continue to attempt to resolve the matter without the need to incur any additional costs, such as the costs associated with their respective experts preparing a report, which could negatively impact settlement discussions.

6. As such, the parties respectfully request that the Court extend both parties expert disclosure deadline by 45 days making the Plaintiff's expert disclosures due on October 15, 2006 and the Defendant's expert disclosures due on November 15, 2006.

7. This motion is not being made for the purpose of delay, but only help facilitate settlement of this matter. This extension should not affect the trial date or any other deadlines in this matter.

WHEREFORE, the parties respectfully request that the Court grant this motion and extend Plaintiff's expert disclosures until October 15, 2006 and the Defendant's expert disclosures until November 15, 2006.

Dated this 16th day of August, 2006.

Respectfully submitted:

| | |
|---|---|
| /s/ Gene R. Zweben | /s/ Paul R. Monsees |
| Gene R. Zweben, Esq. | Paul R. Monsees, Esq. |
| Schwartz Zweben & Slingbaum, LLP | Foley & Lardner |
| Florida Bar No. 0088919 | 3000 K Street, NW |
| 205 SW Winnachee Drive | Washington, DC 20007-5109 |
| Stuart, Florida 34994 | (202) 672-5300--- Voice |
| 772-223-5454--- Voice | (202) 672-5399---Fax |
| 772-463-0778--- Fax | Attorney for Defendant |
| Attorney for Plaintiff | |

2