**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RUSSELL HOLT,

    Plaintiff,

vs.                                                CASE NO.: 1:06-cv-00357
                                                Judge Bates

GEORGETOWN PARK ASSOCIATES
II, LP,

    Defendant.
_____/

**ENTRY OF APPEARANCE**

Please enter the appearance of Jason E. Miles, as co-counsel for the Plaintiff.

Dated: August 21, 2006                    Respectfully submitted:

                                                    By:   s/Jason E. Miles
                                                    Jason E. Miles, Esquire
                                                    Maryland Bar No. 26349
                                                    Schwartz, Zweben & Slingbaum LLP
                                                    51 Monroe Drive, Suite 812
                                                    Rockville, MD 20850
                                                    Telephone:   (301) 294-6868
                                                    Facsimile:    (301) 294-6480
                                                            **jmiles@szalaw.com**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2006, I electronically filed the foregoing document with the Clerk of the Court, to the following ECF Registrant: Gene R. Zweben, Esquire, Paul R. Monsees, Esquire.

                                                                   s/Jason E. Miles
                                                         Jason E. Miles, Esquire