UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                      CASE NO.: 06-357

GEORGETOWN PARK ASSOCIATES II
LIMITED PARTNERSHIP d/b/a THE SHOPS
AT GEORGETOWN PARK

    Defendant.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    COMES NOW, the parties, by and through the undersigned attorneys and hereby file their Joint Stipulation of Voluntary Dismissal with Prejudice for the above styled cause.

Respectfully submitted:

| | |
|---|---|
| /s/ Jason E Miles | /s/ Paul R. Monsees |
| Jason E Miles, Esq. | Paul R. Monsees, Esq. |
| jmiles@szalaw.com | pmonsees@foley.com |
| Schwartz Zweben & Slingbaum, LLP | Foley & Lardner |
| MD Bar No. 26349 | 3000 K Street, NW |
| 51 Monroe St, Suite 812 | Washington, DC 20007-5109 |
| Rockville MD 20850 | (202) 672-5300--- Voice |
| 301-294-6868-- Voice | (202) 672-5399---Fax |
| Attorney for Plaintiff | Attorney for Defendant |

1