UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL HOLT

    Plaintiff,

vs.                                      CASE NO.: 06-357

GEORGETOWN PARK ASSOCIATES II
LIMITED PARTNERSHIP d/b/a THE SHOPS
AT GEORGETOWN PARK

    Defendant.
_____/

**COURT ORDER OF DISMISSAL WITH PREJUDICE**

**UPON CONSIDERATION** of the parties' Joint Stipulation for Voluntary Dismissal With Prejudice, and the court being otherwise fully advised of the premises, it is hereby,

**ADJUDGED** that the above-styled cause is hereby dismissed with prejudice.

**ORDERED** in Chambers on this ___ day of _____, 2007.


_____
U.S. District Court Judge